# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE WAVE STUDIO<br><br>　　　　　　　　　Plaintiff(s),<br><br>v.<br><br>AMERICAN EXPRESS COMPANY,<br><br>　　　　　　　　　Defendant(s). | Case No: 15CV00354wha<br><br>APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE<br>(CIVIL LOCAL RULE 11-3) |

I, Anthony T. Pierce, an active member in good standing of the bar of District of Columbia, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: American Express Company in the above-entitled action. My local co-counsel in this case is Reginald D. Steer, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| AKIN GUMP, STRAUSS HAUER & FELD LLP,<br>1333 New Hampshire Avenue, N.W., Washington, D.C. 20036 | AKIN GUMP, STRAUSS HAUER & FELD LLP,<br>580 California Street, Suite 1500, San Francisco, CA 94104 |
| MY TELEPHONE # OF RECORD:<br>(202) 887-4411 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(415) 765-9500 |
| MY EMAIL ADDRESS OF RECORD:<br>apierce@akingump.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>rsteer@akingump.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 415263.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 4/21/15

　　　　　　　　　　　　　　　　　　　　Anthony T. Pierce
　　　　　　　　　　　　　　　　　　　　APPLICANT

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Anthony T. Pierce is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: April 27, 2015.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE

*PRO HAC VICE APPLICATION & ORDER*　　　　　　　　　　　　　　　　　　　　October 2012